IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN ELECTRICAL EMPLOYEES
HEALTH AND WELFARE PLAN, *et. al.*,

           Plaintiffs,

v.

ECS, INC., *et. al.*,

           Defendant.

ORDER

14-cv-837-slc

---

In light of the parties' joint consent to entry of judgment and stipulation (dkt. 12), IT IS ORDERED that the defendants ECS, Inc., ECS Project Management, Inc., ECS Electric, Inc., ECS Electric, a division of ECS Project Management, Inc., ECS Electric, a division of Midwest Project Management, LLC, Electrical Contracting Solutions, and Midwest Project Management, Inc. jointly and severally admit and consent that judgment in the amount of $62,250.18, representing delinquent contributions for the work months of July, August, September, October, November and December 2014 ($45,225.13), accrued interest ($9,045.05), assessed liquidated damages ($1,200.00), the Funds' attorney's fees ($6,380.00) and costs of filing this action ($400.00), be entered in favor of the Funds and against all said defendants.

Entered this 11th day of March, 2015.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge