IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN ELECTRICAL EMPLOYEES
HEALTH AND WELFARE PLAN, et al.,

          JUDGMENT IN A CIVIL CASE

    Plaintiffs,

  v.          Case No. 14-cv-837-slc

ECS, INC., et al.,

    Defendants.

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Wisconsin Electrical Employees Health and Welfare Plan, Western Wisconsin Electrical Employees Retirement Plan, Western Wisconsin Area Electrical Workers Joint Apprenticeship and Training Trust Fund, Wisconsin Electrical Employees Apprenticeship Coordinator Fund, IBEW Local 14 Union Dues Fund, IBEW Local 14 Vacation and Holiday Pay Fund, and Loyal D. O'Leary and Chris Gulbrandson, in their capacity as Trustees of the Funds, against defendants ECS, Inc., ECS Project Management, Inc., ECS Electric, Inc., ECS Electric, a division of ECS Project Management, Inc., ECS Electric, a division of Midwest Project Management, LLC, Electrical Contracting Solutions, Midwest Project Management, Inc. and Betty J. Helgeson in the amount of $62,250.18.


    \_\_\_\_s/ A. Wiseman, Deputy Clerk\_\_\_\_      \_\_\_\_\_March 16, 2015\_\_\_\_\_
      Peter Oppeneer, Clerk of Court                Date